# EXHIBIT 8

# STATEMENT



**Date**
4/01/2021 through 4/30/2021

Bill To: **Samuel Blaustein Esq.**
**Dunnington, Bartholow & Miller LLP**
**230 Park Avenue**
**21st Floor**
**New York NY 10169**

| **Reference #:** | **1400019026 - Rep# 2** |
|---|---|
| Billing Specialist: | **Gilhuys, Jason** |
| Email: | **jgilhuys@jamsadr.com** |
| Telephone: | **949.224.4655** |
| Employer ID: | **68-0542699** |

RE: **Parekh, Noah vs. Calibre One, Inc.**
Representing: **Noah Parekh**

Neutral(s): **JAMS 1-JAMS**
Hearing Type: **ARBITRATION**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | Balance Forward: | | | 0 |
| 4/19/21 | Filing Fee | | | $400.00 | 1 | $400.00 |
| | | | Fees: | | | $400.00 |
| | | | Total: | | | $400.00 |

**Payment Activity:**

| 4/15/21 | Check No. mastercard 8446 Paid By: Laurie Mantell | | | | | ($400.00) |
|---|---|---|---|---|---|---|
| | | | Total Payments: | | | ($400.00) |
| | | | Balance on Account: | | | 0 |

** Balance does not include any outstanding deposit requests.
If a deposit is due, a deposit request will be provided by your Case Manager.
Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |