# EXHIBIT 9



# NOTICE OF INTENT TO INITIATE ARBITRATION

NOTICE TO ALL PARTIES                                        April 20, 2021


RE:     **Parekh, Noah / Calibre One, Inc.**
        Reference #: 1400019026

Dear Parties:

JAMS has received a Demand for Arbitration in the above-referenced matter pursuant to a mandatory pre-dispute arbitration clause contained in a contract between the parties.

Pursuant to the parties' pre-dispute arbitration agreement and JAMS policy, this arbitration shall be conducted in accordance with the JAMS Employment Arbitration Rules. It is important to familiarize yourself with the arbitration rules. A copy of these rules can be obtained by visiting our website at www.jamsadr.com.

The employee/Claimant has submitted $400.00 of the non-refundable Filing Fee. Under the enclosed JAMS Policy on Employment Arbitration Minimum Standards of Procedural Fairness, the employer/Respondent must pay the remaining $1,350 of the non-refundable Filing Fee by no later than May 4, 2021.

Upon receipt of the remaining Filing Fee from Respondent, JAMS will formally commence this matter and proceed with the arbitrator selection process.

Contact me at 313-209-8851 or snevins@jamsadr.com if you have questions.


Sincerely,


Sarah Nevins
Arbitration Practice Manager
snevins@jamsadr.com



# DEPOSIT REQUEST

**Invoice Date**
4/19/2021

**Invoice Number**
5662432

| | |
|---|---|
| Bill To: | Mr. Michael Hoffman Esq.<br>Arena Hoffman LLP<br>220 Montgomery St.<br>Suite 905<br>San Francisco, CA 94104<br>US |

| | |
|---|---|
| **Reference #:** | **1400019026 - Rep# 1** |
| Billing Specialist: | **Gilhuys, Jason** |
| Email: | **jgilhuys@jamsadr.com** |
| Telephone: | 949.224.4655 |
| Employer ID: | 68-0542699 |

RE: **Parekh, Noah vs. Calibre One, Inc.**
Representing: **Calibre One, Inc.**

Neutral(s):   **JAMS 1-JAMS**
Hearing Type: **ARBITRATION**   SN

| Date / Time | Description | Your Share |
|---|---|---|
| 4/19/21 | **JAMS INC**<br>Filing Fee | $ 1,350.00 |

| | |
|---|---|
| Total Billed: | $ 1,350.00 |
| Total Payment: | $ 0 |
| Balance: | $ 1,350.00 |

Unused deposits will not be refunded until the conclusion of the case. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **For Arbitration Cases, please contact your case manager for due date, otherwise, payment is due upon receipt.**

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

Printed on 4/20/2021 / **1400019026 - Rep# 1**

1 of 1

## PROOF OF SERVICE BY E-Mail

Re: Parekh, Noah / Calibre One, Inc.
Reference No. 1400019026

I, Sarah Nevins, not a party to the within action, hereby declare that on April 20, 2021, I served the attached NOTICE OF INTENT TO INTIATE ARBITRATION on the parties in the within action by electronic mail at Detroit, MICHIGAN, addressed as follows:

| | |
|---|---|
| Michael A. Hoffman Esq.<br>Arena Hoffman LLP<br>220 Montgomery St.<br>Suite 905<br>San Francisco, CA   94104<br>Tel: (415) 433-1062<br>Email: mhoffman@arenahoffman.com<br>   Parties Represented:<br>   Calibre One, Inc. | Samuel A. Blaustein Esq.<br>Dunnington, Bartholow & Miller LLP<br>230 Park Avenue<br>21st Floor<br>New York, NY   10169<br>Email: sblaustein@dunnington.com<br>   Parties Represented:<br>   Noah Parekh |

I declare under penalty of perjury the foregoing to be true and correct. Executed at Detroit, MICHIGAN on April 20, 2021.


____*/s/ Sarah Nevins*_____
Sarah Nevins
JAMS
snevins@jamsadr.com