# EXHIBIT 12

| | |
|---|---|
| **From:** | Sarah Nevins |
| **To:** | Samuel Blaustein; "Michael Hoffman" |
| **Cc:** | Doreen Garrett; Eden Quainton; Christopher Pioch |
| **Subject:** | RE: Parekh, Noah vs. Calibre One, Inc. - JAMS Ref No. 1400019026 |
| **Date:** | Wednesday, May 5, 2021 9:11:28 AM |
| **Attachments:** | Calibre One Filing Fee 662432.pdf |

Mr. Hoffman,

If new counsel have been obtained for this matter, kindly forward me their contact information. I have attached a copy of your outstanding filing fee invoice here.

JAMS is not able to proceed to commencement and appointment until that filing fee has been paid. The initial due date for that filing fee has now passed. If the filing fee is not paid by May 19, 2021, JAMS will close this file for lack of payment and participation by Respondent and send correspondence re the same.

Thank you and be well,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - *Local Solutions. Global Reach.*** ™
P: 313.209.8851
www.jamsadr.com

Manage your case anytime, anywhere. **Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

---

**From:** Samuel Blaustein <SBlaustein@dunnington.com>
**Sent:** Tuesday, May 4, 2021 9:58 AM
**To:** 'Michael Hoffman' <MHoffman@arenahoffman.com>; Sarah Nevins <snevins@jamsadr.com>
**Cc:** Doreen Garrett <DGarrett@arenahoffman.com>; Eden Quainton <EQuainton@dunnington.com>; Christopher Pioch <CPioch@dunnington.com>
**Subject:** RE: Parekh, Noah vs. Calibre One, Inc. - JAMS Ref No. 1400019026

**Claimant's Request For Rule 6 Administrative Conference**

Dear Ms. Nevins,

It has been more than three weeks since Claimant Noah Parekh filed and served his arbitration demand and two weeks since counsel for Respondent Calibre One indicated that it was going to

retain different defense counsel without any action.  Accordingly Claimant respectfully requests an Administrative Conference under Rule 6 of the JAMS Employment Arbitration Rules.

Thank you and have a nice day.

Samuel Blaustein
Partner
**DUNNINGTON BARTHOLOW & MILLER LLP**
230 Park Avenue, 21st Floor
New York, New York 10169
Telephone: +1.212.682.8811
Email: SBlaustein@dunnington.com

Member – Cicero League of International Lawyers
Founded in 1921
Email Disclaimer

---

**From:** Michael Hoffman <MHoffman@arenahoffman.com>
**Sent:** Tuesday, April 20, 2021 10:29 AM
**To:** Sarah Nevins <snevins@jamsadr.com>; Samuel Blaustein <SBlaustein@dunnington.com>
**Cc:** Doreen Garrett <DGarrett@arenahoffman.com>
**Subject:** RE: Parekh, Noah vs. Calibre One, Inc. - JAMS Ref No. 1400019026

Thank you, Ms. Nevins.  We need to address a couple of initial matters.

First, it is unclear whether this matter will proceed in New York.  The claimant, Mr. Parekh, worked and resides in Boston.

Second, my firm will not be handling the defense.  Calibre One will retain local counsel, either in Boston or New York.  We hope to have news on that item in a reasonable time.

So, for the moment, I acknowledge receipt of the request for an initial filing fee on behalf of the company.  Other changes will be necessary in the coming weeks.

Best regards,

Michael Hoffman
Arena Hoffman LLP
220 Montgomery St., Suite 905
San Francisco, CA 94104
415.433.1414 (main)

415.433.1061 (dir)
415.520.0446 (fax)
mhoffman@arenahoffman.com
www.arenahoffman.com

This email contains confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.  To ensure IRS compliance, any federal tax advice contained herein (including attachments) is not intended for use and cannot be used to (i) avoid penalties under the Internal Revenue Code or (ii) promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Sarah Nevins [mailto:snevins@jamsadr.com]
**Sent:** Tuesday, April 20, 2021 6:44 AM
**To:** Michael Hoffman <MHoffman@arenahoffman.com>; sblaustein@dunnington.com
**Cc:** Doreen Garrett <DGarrett@arenahoffman.com>
**Subject:** Parekh, Noah vs. Calibre One, Inc. - JAMS Ref No. 1400019026

Good Morning Counsel.

Please see attached concerning the above referenced matter.  These documents are being sent to you via email and may also be found on JAMS Access.  For more effective case management of this file, JAMS encourages you to register for our online document management system, JAMS Access, here.

Thank you and be well,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - *Local Solutions. Global Reach.*** ™
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere. **Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.