# EXHIBIT 13



May 20, 2021

NOTICE TO ALL PARTIES

      Re:      **Parekh, Noah / Calibre One, Inc.**
                  Reference #: 1400019026

Dear Parties:

The arbitration of the above referenced matter was submitted to JAMS on April 9, 2021. We have made multiple requests for full payment of the Filing Fee on behalf of Respondents, which is required to commence the proceedings. As of today, it remains unpaid.

JAMS is closing this file for lack of participation and payment on behalf of Respondents.

Please contact me if you have any questions.

Sincerely,


Sarah Nevins
Arbitration Practice Manager
snevins@jamsadr.com

## PROOF OF SERVICE BY E-Mail

Re: Parekh, Noah / Calibre One, Inc.
Reference No. 1400019026

I, Sarah Nevins, not a party to the within action, hereby declare that on May 20, 2021, I served the attached JAMS Closing Letter 5.20.21 on the parties in the within action by electronic mail at Detroit, MICHIGAN, addressed as follows:

| | |
|---|---|
| Michael A. Hoffman Esq. | Samuel A. Blaustein Esq. |
| Arena Hoffman LLP | Dunnington, Bartholow & Miller LLP |
| 220 Montgomery St. | 230 Park Avenue |
| Suite 905 | 21st Floor |
| San Francisco, CA   94104 | New York, NY   10169 |
| Tel: (415) 433-1062 | Email: sblaustein@dunnington.com |
| Email: mhoffman@arenahoffman.com |     Parties Represented: |
|     Parties Represented: |     Noah Parekh |
|     Calibre One, Inc. | |

I declare under penalty of perjury the foregoing to be true and correct. Executed at Detroit, MICHIGAN on May 20, 2021.


_____*/s/ Sarah Nevins*_____
Sarah Nevins
JAMS
snevins@jamsadr.com