# DUNNINGTON
## BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue | New York, NY 10177 | Telephone: 212.682.8811 | www.dunnington.com | SBlaustein@dunnington.com

August 30, 2021

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**MEMO ENDORSED**

RE:   *Parekh v. Calibre One Inc.* 2021-CV-05221
      **Joint Letter Motion To Stay Pending Arbitration**

Dear Judge Ramos:

This firm represents Petitioner Noah Parekh ("Parekh"). I write jointly with counsel for Respondent Calibre One Inc. ("Calibre One") to request that this matter be stayed pending arbitration and that the Court continue to retain jurisdiction pending arbitration.

On June 11, 2021 Parekh filed a petition to compel Calibre One the arbitration known as *Noah Parekh v. Calibre Inc, Inc.*, JAMS Ref. No. 1400019026 (the "Arbitration"). (ECF 1). The parties subsequently met and conferred and Calibre One has agreed to participate in the Arbitration. JAMS has confirmed that the Arbitration will proceed and appointed an arbitrator. Counsel for Calibre One appeared in this proceeding on August 20, 2021. (ECF 8).

In light of the foregoing, the parties respectfully request that Parekh's Petition be deemed withdrawn without prejudice pending Arbitration and that the Court continue to maintain jurisdiction until the Arbitration is finally concluded including any post-Arbitration motions. The parties are available to answer any questions the Court may have.

Respectfully submitted,

/s Samuel A. Blaustein

Cc:   (Via ECF)

      David Strand, Esq.

---

The application is granted. The Clerk of Court is respectfully directed to stay the case pending the parties' arbitration proceedings. Parties are directed to submit a status report within 48 hours of the arbitration decision.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:  08/30/2021
New York, New York