UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOAH PAREKH,

Plaintiff,

– against –

CALIBRE ONE INC.,

Defendant.

**ORDER**

21-cv-5221 (ER)

Ramos, D.J.:

On August 30, 2021, the Court stayed the instant case pending the parties' arbitration proceedings, which the parties represented would be held on August 20, 2021.  Doc. 10.  The Court directed the parties to submit a status report within 48 hours of the arbitration decision.  *Id.* No status report has yet been submitted.  The parties are directed to submit a joint status update by August 31, 2023 as to how they intend to proceed in the instant case, otherwise the Court will close the case.

SO ORDERED.

Dated:   August 25, 2023
         New York, New York

Edgardo Ramos, U.S.D.J.